# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BRAMLETTE, DAVID C. | U. S. DISTRICT COURT - SOUTHERN DISTRICT OF MISSISSIPPI | 11/12/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ARTICLE III SENIOR STATUS | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

POST OFFICE BOX 928
NATCHEZ, MS 39121

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE EMERITUS | MISSISSIPPI NATURE CONSERVANCY |
| 2. | BOARD OF DIRECTORS | BOB R. JONES IDLEWILD WILDLIFE RESEARCH INSTITUTE |
| 3. | BOARD OF TRUSTEES | WILDLIFE MISSISSIPPI |
| 4. | BOARD OF DIRECTORS | HISTORIC NATCHEZ FOUNDATION |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BRAMLETTE, DAVID C.** | 11/12/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 11/12/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 11/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 50% interest in rental account-Regions Bank | A | Rent | J | T | | | | | |
| 2. 50% interest in account, rental property-Regions Bank | A | Rent | J | T | | | | | |
| 3. 25% interest in farm acct. -Regions Bank | A | Rent | J | T | | | | | |
| 4. 25% interest in estate acct.-Regions Bank | E | Rent | J | T | | | | | |
| 5. Entergy | B | Dividend | K | T | | | | | |
| 6. CSX | B | Dividend | M | T | | | | | |
| 7. Highland Corp. | D | Distribution | K | T | | | | | |
| 8. Highpoint Corp. | D | Dividend | K | T | | | | | |
| 9. Charles Schwab Investment Account: | | | | | | | | | |
| 10. - Arkansas Power & Light | B | Dividend | J | T | | | | | |
| 11. -Cash and Equivalents: | | | | | | | | | |
| 12. -Treasury Money Fund | B | Interest | M | T | | | | | |
| 13. -CMA Govt. Securities Fund | B | Interest | L | T | | | | | |
| 14. -Schwab Govt. Money Fund | A | Dividend | K | T | | | | | |
| 15. - Mutual Funds | | | | | | | | | |
| 16. TS&W Equity Portfolio | G | Dividend | O | T | | | | | |
| 17. Transamerica Int'l Equity TS&W | B | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 11/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  TS&W Equity Institutional-00758M311-Acq.-7-28-20 | | | | | Buy | 07/28/20 | K | A | |
| 19.  Transamerica Int'l SM CAP | A | Dividend | L | T | | | | | |
| 20.  Vanguard Short Term Investment Grade Fund Admiral | A | Dividend | L | T | | | | | |
| 21.  Vanguard Interm Term Tax Exempt FD Admiral Share:VWIUX-(Acq. 6/25/19) | A | Dividend | L | T | | | | | |
| 22.  -Municipal Bonds | | | | | | | | | |
| 23.  -New Albany MS Schl 4%18 Due 6/01/18 | A | Interest | K | T | | | | | |
| 24.  Oxford MS Sch Dist 4% Due 4/1/21 | B | Interest | K | T | | | | | |
| 25.  Desoto Cnty. Miss. 3.75%23 GO UTX Due 11/1/23 | A | Interest | J | T | | | | | |
| 26.  MS ST 5%22 GO Due 11/1/22 | A | Interest | K | T | | | | | |
| 27.  SM EDL BLDG CORP 3%18 Due 3/1/18 | A | Interest | K | T | | | | | |
| 28.  Miss ST UNIV 3.22% EDUC IMPT Due 8/1/22 | A | Interest | K | T | | | | | |
| 29.  City of Vicksburg 3.18% DB UTX 9/1/18 | A | Interest | K | T | | | | A | |
| 30.  West Rankin Miss UT 3.20% UTIL Due 12/1/20 | A | Interest | K | T | | | | | |
| 31.  Entergy ARKAN | D | Dividend | J | T | | | | | |
| 32.  CVS-Acq. 9-12-19 | | | | | Sold | 3/31/20 | J | A | |
| 33.  Lockheed Martin Corp.-539830109-Acq. 3-30-20 | | | | | Sold | 03/31/20 | J | A | |
| 34.  Post Holdings Inc.-737446104-Acq. 10-24-19 | | | | | Sold | 3/31/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 11/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Ts&W Equity Institutional-00758M311 | | | | | Sold | 07/28/20 | K | A | |
| 36. Viacomcbs Inc.-92556H206-Acq. 9/17/19 | | | | | Sold | 03/31/20 | J | A | |
| 37. AT&T Inc.-00206R102-Acq. 7/18 | | | | | Sold | 03/31/20 | J | A | |
| 38. CIT Group Inc.-125581801-Acq. 2/16 | | | | | Sold | 03/31/20 | J | A | |
| 39. Discovery Inc.-25470F302-Acq. 3/19 | | | | | Sold | 03/31/20 | J | A | |
| 40. Expedia Group Inc.-30212P303-Acq. 3/16 | | | | | Sold | 03/31/20 | J | A | |
| 41. Gilead Sciences Inc.-375558103 | | | | | Sold | 09/16/20 | J | A | |
| 42. Liberty Media Cor 20 RTSRIGHTS EX-531229128-Acq. 2/16 | | | | | Sold | 05/29/20 | J | A | |
| 43. News Corp New-65249B109 | | | | | Sold | 03/30/20 | J | A | |
| 44. PPL Corp-69351T106 | | | | | Sold | 03/31/20 | J | A | |
| 45. Qualcomm Inc.-747525103-Acq. 2/16 | | | | | Sold | 09/16/20 | K | D | |
| 46. Southwest Airlines-844741108-Acq. 2/18 | | | | | Sold | 03/31/20 | J | A | |
| 47. The Coca-Cola Co-191216100-10/15 | | | | | Sold | 03/30/20 | J | A | |
| 48. TS&W Equity Institutional-00758M311-Acq. Various | | | | | Sold | 07/28/20 | L | A | |
| 49. West Rankin Mississippi-955525AG5-Acq. 10/14-(Matured) | | | | | Matured | 12/01/20 | K | | |
| 50. PROPERTY #1 | | | | | | | | | |
| 51. 1/4 int. in 2050 ac., Wilkinson Co., MS 10/8/84 - $250,000 | D | Rent | N | R | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 11/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PROPERTY #2: | | | | | | | | | |
| 53. 1/20 int. Adams Co., MS 8/86 - $23,000 | C | Distribution | K | R | | | | | |
| 54. Addt'l. 1/7 x1/18th int. in Adams Co. MS 10/22/13 - $31,452, 14 | A | Distribution | K | R | | | | | |
| 55. PROPERTY #3: | | | | | | | | | |
| 56. Adams County, MS - 6/82 - $5,000 | | None | J | R | | | | | |
| 57. -Additional int. Adams Co., MS - 4/98 - $8,098 | | None | J | R | | | | | |
| 58. -Additional int. Adams County, MS - 4/98 - $12,500 | | None | K | R | | | | | |
| 59. -Additional acres Adams County, MS - 8/99 - $16,895 | | None | K | R | | | | | |
| 60. -Additional acres Adams County, MS- $292,809-Kedron | | None | N | R | | | | | |
| 61. -Additional acres in Adams County, MS-1/16/19 -$70,869-Kedron | A | Rent | L | R | | | | | |
| 62. PROPERTY #4: | | | | | | | | | |
| 63. Wilkinson County, MS - 10/87 - $60,000 | E | Rent | M | R | | | | | |
| 64. -Additional int. Wilkinson County, MS - 2/99 - $20,000 | | None | K | R | | | | | |
| 65. PROPERTY #5: | | | | | | | | | |
| 66. Wilkinson County, MS - 1976 - $65,000 | B | Rent | L | R | | | | | |
| 67. PROPERTY #6: | | | | | | | | | |
| 68. Wilkinson County, MS - 1984 - $25,000 | D | Rent | K | R | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BRAMLETTE, DAVID C.** | 11/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. PROPERTY #7: | | | | | | | | | |
| 70. Two lots and residence Woodville, MS - 1984 -$40,000 | E | Rent | M | R | | | | | |
| 71. PROPERTY #8: | | | | | | | | | |
| 72. Commericial Row Woodville, MS - 1984 - $12,000 | C | Rent | J | R | | | | | |
| 73. PROPERTY #9: | | | | | | | | | |
| 74. Partnership int. Valley Farm, MS - 1980 - $200,000 | D | Distribution | M | R | | | | | |
| 75. PROPERTY #10: | | | | | | | | | |
| 76. Wilkinson County, MS - 1980 - $1,500 | | None | J | R | | | | | |
| 77. PROPERTY #11: | | | | | | | | | |
| 78. 1/4 int. Wilkinson County, MS - 1984 - $18,000 - Mineral Lease | | None | K | R | | | | | |
| 79. PROPERTY #12: | | | | | | | | | |
| 80. 25 acres Wilkinson County, MS - 1984 - $13,500 | | None | J | R | | | | | |
| 81. PROPERTY #13: | | | | | | | | | |
| 82. Noxubee Co., MS - 1983 - $30,000 | D | Distribution | M | R | | | | | |
| 83. PROPERTY #14: | | | | | | | | | |
| 84. 287 acres, Lamar Co., AL - 1983 - $10,000 | | None | L | R | | | | | |
| 85. PROPERTY #15: | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 11/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Pickens County, AL - 1983 - $12,000 | A | Royalty | J | R | | | | | |
| 87. PROPERTY #17: | | | | | | | | | |
| 88. Wilkinson County, MS - 3/92 - $50,000 | | None | N | R | | | | | |
| 89. -Additional int. Wilkinson County, MS - Inherited from the Estate of | C | Distribution | N | R | | | | | |
| 90. ▮▮▮▮▮ in October 2008; Value at time of inheritance was | | | | | | | | | |
| 91. $75,000 | | | | | | | | | |
| 92. OG&M #1: | | | | | | | | | |
| 93. Non-producing OG&M in following counties: | | | | | | | | | |
| 94. -Noxubee County, MS | A | Royalty | J | W | | | | | |
| 95. -Pickens County, AL | A | Royalty | J | W | | | | | |
| 96. -Tensas Parish, LA | A | Royalty | J | W | | | | | |
| 97. -Concordia Parish, LA | A | Royalty | J | W | | | | | |
| 98. -Adams Co., Ms | A | Royalty | J | W | | | | | |
| 99. -Wilkinson County, MS | D | Royalty | J | W | | | | | |
| 100. OG&M #2: | | | | | | | | | |
| 101. Producing minerals Lamar Co., AL - Moon-Hines Well | A | Royalty | J | W | | | | | |
| 102. OG&M #3: | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 11/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Non producing minerals Jefferson County, MS | | None | J | W | | | | | |
| 104. OG&M #4: | | | | | | | | | |
| 105. Producing minerals Wilkinson County, MS - Plains Marketing | D | Royalty | J | W | | | | | |
| 106. OG&M #5: | | | | | | | | | |
| 107. Non producing minerals Wilkinson County, MS | | None | J | W | | | | | |
| 108. OG&M #6: | | | | | | | | | |
| 109. Non producing minerals Amite Co., MS | | None | J | W | | | | | |
| 110. OG&M #7: | | | | | | | | | |
| 111. Non producing minerals Wilkinson County, MS | | None | J | W | | | | | |
| 112. OG&M #8: | | | | | | | | | |
| 113. Non producing minerals ANCOA-Parker 1-3 & SCBR1 | | None | J | W | | | | | |
| 114. OG&M #9: | | | | | | | | | |
| 115. Non producing minerals Wilkinson County, MS | | None | J | W | | | | | |
| 116. OG&M #10: | | | | | | | | | |
| 117. Non Producing minerals Wilkinson Co., MS | | None | J | W | | | | | |
| 118. OG&M #11: | | | | | | | | | |
| 119. Non producing minerals Ogden Unit Wells 2, 3 & 4 | | None | K | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 11/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  OG&M #12: | | | | | | | | | |
| 121.  Non producing minerals -Freedom Field Wilkinson County, MS | | None | J | W | | | | | |
| 122.  OG&M #13: | | | | | | | | | |
| 123.  Concordia Parish, LA McGowan Working Ptnrs. | A | Royalty | J | W | | | | | |
| 124.  PROPERTY #18: | | | | | | | | | |
| 125.  Undivided 30 net acres int. in Wilkinson County, MS | | None | J | W | | | | | |
| 126.  OG&M #14: | | | | | | | | | |
| 127.  Non producing minerals Oxy-Well, Wilkinson County, MS | | None | J | W | | | | | |
| 128.  PROPERTY #20: | | | | | | | | | |
| 129.  3,171.31 acres in Wilkinson County, MS - 9/94 - $1,600,00 | D | Rent | P1 | R | | | | | |
| 130.  -Income Received on above property from Department | E | Rent | | | | | | | |
| 131.  of Agriculture-Conservation Stewardship Program | | | | | | | | | |
| 132.  Received 1-21-20-$40,000 | | | | | | | | | |
| 133.  PROPERTY #21: | | | | | | | | | |
| 134.  Lot in Wilkinson County, MS - 10/94 - $16,000 | | None | J | R | | | | | |
| 135.  - Lot in Wilkinson County, MS - 9/00 - $17,000 | | None | K | R | | | | | |
| 136.  50% int. in Geoghegan Properties, LP | F | Dividend | O | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 11/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. 50% int. in S.C.G. Properties, Woodville, MS | C | Rent | L | T | | | | | |
| 138. Partnership int. in Walters Group, Ltd. | C | Dividend | L | T | | | | | |
| 139. Interest in Hard Times, Inc. | F | Distribution | M | T | | | | | |
| 140. PROPERTY #22: | | | | | | | | | |
| 141. 2/5 Int. in property Wilkinson County, MS - 9/97 - $88,000 | | None | M | R | | | | | |
| 142. -Additional 1/15th interest in Section 13, T3N, R4W, | | None | M | R | | | | | |
| 143. Wilkinson County, MS; $140,000.00 | | | | | | | | | |
| 144. PROPERTY #23: | | | | | | | | | |
| 145. 360 acres Wilkinson County, MS - 11/98 and 3/01 - $300,000 | G | Royalty | N | R | | | | | |
| 146. PROPERTY #25: | | | | | | | | | |
| 147. 50% int. Wilkinson County, MS 1997 - $40,000 | A | Rent | K | R | | | | | |
| 148. PROPERTY #26: | | | | | | | | | |
| 149. 1/16th int. in Wilkinson County, MS - 12/2000 - $30,875 | | None | K | R | | | | | |
| 150. PROPERTY #27: | | | | | | | | | |
| 151. 67 acres in Wilkinson County, MS - 3/2000 - $67,000 | | None | L | R | | | | | |
| 152. PROPERTY #28: | | | | | | | | | |
| 153. 2/24th int. Wilkinson County, MS - 7/01 - $100,000 | | None | L | R | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 11/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. PROPERTY #29: | | | | | | | | | |
| 155. Undivided int. Wilkinson County, MS - 3/02 - $30,231 | | None | J | R | | | | | |
| 156. -Addt'l 1/10th int. Wilkinson County, MS-4/16/13-$30,000 | | None | K | R | | | | | |
| 157. -Add'l 1/8th. int., Wilkinson County, MS-3/7/18-$56,000 | E | Royalty | M | R | | | | | |
| 158. -Add'l 1/5 of 1/9 int., Wilkinson County, MS-5//17/2019-$56,425 | | None | L | R | | | | | |
| 159. PROPERTY #30: | | | | | | | | | |
| 160. -Undivided int. in Wilkinson County, MS - 11/02 - $8,722 | | None | J | R | | | | | |
| 161. Home Bank CD (Money Market) | A | Interest | K | T | | | | | |
| 162. United MS Bank CD | A | Interest | M | T | | | | | |
| 163. OG&M #16: | | | | | | | | | |
| 164. Non Producing minerals Alex Ventress - Wilkinson County, MS | | None | J | W | | | | | |
| 165. Exxon Mobil | B | Dividend | K | T | | | | | |
| 166. NBC Capital Corp. (Cadence) | B | Dividend | K | T | | | | | |
| 167. Norfolk Southern Corp. | A | Dividend | J | T | | | | | |
| 168. EDWARD JONES New Invetment Acct.: | | | M | T | | | | | |
| 169. Abbvie Inc.-Acq. 2-25-20 | A | Dividend | J | T | Buy | 02/25/20 | J | | |
| 170. Pfizer, Inc.-Acq. 1-21-20 | A | Dividend | J | T | Buy | 01/21/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 11/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Regions Bank-Acq. 4-1-20 | A | Dividend | J | T | Buy | 04/01/20 | J | | |
| 172. ViacomCBS, Inc.-Acq. 3-3-20 | A | Dividend | J | T | Buy | 03/03/20 | J | | |
| 173. Phillips 66-Acq. 4-21-20 | A | Dividend | J | T | Buy | 04/21/20 | J | | |
| 174. Kellogg-Acq. 1-21-20 | A | Dividend | J | T | Buy | 01/21/20 | J | | |
| 175. -Federated Prime Cash Obligations-12/19/19 | C | Interest | N | T | | | | | |
| 176. AT&T-Acq. 4/20 | A | Dividend | | | Sold | 07/29/20 | J | | |
| 177. Regions Financial Corp.-Acq. 9/20 | A | Dividend | | | Sold | 11/24/20 | J | | |
| 178. Tractor Supply Co.-Acq. 1/21/20 | | | | | Sold | 07/29/20 | J | B | |
| 179. Tractor Supply Co.-Acq.-Various | | | | | Sold | 09/11/20 | J | A | |
| 180. Tractor Supply Co.-Acq. 1/20 | | | | | Sold | 09/11/20 | J | B | |
| 181. Viatris Inc.-92556V106-Acq. 1/20 | | | | | Sold | 11/17/20 | J | | |
| 182. Viatris Inc.-92556V106-Various | | | | | Sold | 11/24/20 | J | A | |
| 183. MERRILL LYNCH New Investment Acct. Stocks and Funds | | | | | | | | | |
| 184. -Bank of America Cash Account | A | Interest | J | T | | | | | |
| 185. -Chevron (Acq. 2/2/06) | C | Dividend | L | T | | | | | |
| 186. -Ready Assets Fund | A | Dividend | K | T | Redeemed | 12/03/20 | K | | |
| 187. -American Washington Mutual Inv. Fund | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 11/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -Lockheed Martin Corp. (Acq. 3/16/16) | A | Dividend | J | T | | | | | |
| 189.  -Procter & Gamble (Acq. 3/16/16) | A | Dividend | J | T | | | | | |
| 190.  -Intel Corp. (Acq. 9/16/16) | A | Dividend | J | T | | | | | |
| 191.  -Eli Lilly & Co. (Acq. 11/23/16) | A | Dividend | K | T | | | | | |
| 192.  U. S. Sec. Stripped Int. Pmt. Fixed Income | | None | J | T | | | | | |
| 193.  -Blackrock Eqty Dividend (Acq. 8/1/17) | A | Dividend | J | T | | | | | |
| 194.  -Clearbridge Large Cap (Acq. 8/1/17) | A | Dividend | J | T | | | | | |
| 195.  -Delaware Small Cap Core (Acq. 8/1/17) | A | Dividend | J | T | | | | | |
| 196.  -Edgewood Growth Fund CL (Acq. 8/1/17) | A | Dividend | J | T | | | | | |
| 197.  -Ishares Russell 1000-IWD (Acq. 8/3/17) | A | Dividend | J | T | | | | | |
| 198.  -Ishares Russell 1000-IWF (Acq. 8/1/17) | A | Dividend | J | T | | | | | |
| 199.  -Ishares U. S. Treasury Bond (Acq. 8/3/17) | A | Dividend | J | T | | | | | |
| 200.  -Ishares TR Core MSCI (Acq. 9/28/17) | A | Dividend | J | T | | | | | |
| 201.  -Lazard Emerging Mkts (Act. 8/1/17) | A | Dividend | J | T | | | | | |
| 202.  -MFS Value FD CL 1 (Acq. 8/1/17) | A | Dividend | J | T | | | | | |
| 203.  -Oppenheimer Int'l. (Acq. 8/1/17) | A | Dividend | J | T | | | | | |
| 204.  -SPDR Blmbrg Brcly (Acq. 8/3/17) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 11/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. -TCW Total Return (Acq. 8/1/17) | A | Dividend | J | U | | | | | |
| 206. -The Oakmark Int'l Fund (Acq. 8/1/17) | A | Dividend | J | T | | | | | |
| 207. -Oakmark Int'l FD CL-Acq. 8/18/20 | A | Dividend | J | T | Buy | 08/18/20 | J | A | |
| 208. -Vanguard Intrmdiate-Term-VCIT (Acq. 8/3/17) | A | Dividend | J | T | | | | | |
| 209. -Vanguard Intrmdiate-Term-VGSH (Acq. 8/3/17) | A | Dividend | J | T | | | | | |
| 210. -Vanguard Intrmdiate-Term-BNDX (Acq. 8/3/17) | A | Dividend | J | T | | | | | |
| 211. -Vanguard-Short Term Treasury (Acq. 1/22/18) | A | Dividend | J | T | | | | | |
| 212. -U. S. Treasury Bond ETF (Acq. 1/22/18) | A | Dividend | J | T | | | | | |
| 213. -Vanguard Corporate Bond (Acq. 6/21/18) | A | Dividend | J | T | | | | | |
| 214. -Vanguard Treasury ETF (Acq. 6/21/18) | A | Dividend | J | T | | | | | |
| 215. -T Rowe Price Equity (Acq. 9/28/17) | A | Dividend | J | T | | | | | |
| 216. -MFS Value FD CL 1 (Acq. 1/24/19) | A | Dividend | J | T | | | | | |
| 217. -T Rowe Price Emerging (Acq. 1/24/19) | A | Dividend | J | T | | | | | |
| 218. -Delaware Small Cap Core (Acq. 1/24/19) | A | Dividend | J | T | | | | | |
| 219. -Blackrock Eqty Dividend (Acq. 1/24/19) | B | Dividend | J | T | | | | | |
| 220. -Ishares Russell 1000-(Acq. 1/25/19) | A | Dividend | J | T | | | | | |
| 221. -Ishares Russell 1000-(Acq. 1/25/19) | B | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 11/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Vanguard Intermediate Term (Acq. 1/25/19) | A | Dividend | J | T | | | | | |
| 223. -Clearbridge Large Cap (Acq. 6/26/19) | A | Dividend | J | T | | | | | |
| 224. -Ishares Russell 1000-(Acq. 6/27/19) | A | Dividend | J | T | | | | | |
| 225. Vanguard Short Term-Acq. 6/27/19 | A | Dividend | J | T | | | | | |
| 226. Ishares U. S. Treasury Bond-Acq. 6/27/19 | A | Dividend | J | T | | | | | |
| 227. Ishares Tr Core MSCL EAF-Acq. 6/27/19 | A | Dividend | J | T | | | | | |
| 228. Tractor Supply Co. | A | Dividend | K | T | | | | | |
| 229. Bristol-Myers Squibb Co | A | Dividend | K | T | | | | | |
| 230. GS GQG Partners | A | Distribution | J | T | Buy | 08/18/20 | J | A | |
| 231. Ishares Russell 1000-Acq. 9/28/17 | A | Dividend | J | T | | | | | |
| 232. ISH USD High Yield-Acq. 3/21/19 | A | Dividend | J | T | | | | | |
| 233. Ishares Inc Core MSCI-Acq. 4/16/20 | A | Dividend | J | T | Buy | 04/16/20 | J | A | |
| 234. Pimco Investment Grade-Acq. 6/25/19 | A | Dividend | J | T | | | | | |
| 235. SPDR Bloomberg Barclays-3/11/20 | A | Dividend | J | T | Buy | 03/11/20 | J | A | |
| 236. Vanguard Mortgage-Backed-Acq. 6/25/19 | A | Dividend | J | T | | | | | |
| 237. Vanguard Total Internatl-Acq. 7/31/17 | A | Dividend | J | T | | | | | |
| 238. PROPERTY #32: | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 11/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  -Interest in house Woodville, MS - 2010 - $14,600 | | None | J | R | | | | | |
| 240.  PROPERTY #33: | | | | | | | | | |
| 241.  -1/3 int. 800 acres in Phillips County, AK 12/5/07 - $300,000 | D | None | N | R | | | | | |
| 242.  OG&M #17: | | | | | | | | | |
| 243.  Home Bank CD | A | Interest | M | T | | | | | |
| 244.  PROPERTY #34: | | | | | | | | | |
| 245.  22% in 1700 acres, Wilkinson County, MS 10/6/10 - $509,125 | D | None | O | R | | | | | |
| 246.  OG&M #18: | | | | | | | | | |
| 247.  -Minerals Wilkinson, Jefferson County,MS Concordia Parish, LA | A | Royalty | K | W | | | | | |
| 248.  PROPERTY #35 | | | | | | | | | |
| 249.  1/3 int. in Ptnship-Wilk. Co.,MS-2/3/10- $746,053-SP, LLC-Alligator Bay | | None | O | R | | | | | |
| 250.  OG&M #19: | | | | | | | | | |
| 251.  -1/3 mineral interest in partnerhip Fort Adams, MS | | None | J | W | | | | | |
| 252.  Corporate Bonds: | | | | | | | | | |
| 253.  - Royal Bk Scotlnd GRP LLC | A | Dividend | J | T | | | | | |
| 254.  Mutual Bonds: | | | | | | | | | |
| 255.  -American Washington Mutual | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 11/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256.  -Transamerica Asset | A | Interest | K | T | | | | | |
| 257.  PROPERTY #36 | | | | | | | | | |
| 258.  OG&M #20: | | | | | | | | | |
| 259.  1/6 int. minerals, Wilkinson County, MS | E | Royalty | K | W | | | | | |
| 260.  Investment Account #1 Home Bank-<br>Certificate of Deposit | B | Interest | M | T | | | | | |
| 261.  Investment Account #2 United MS Bank-<br>Certificate of Deposit | B | Interest | M | T | | | | | |
| 262.  OG&M #21: | | | | | | | | | |
| 263.  Mineral interest on Property #1 | D | Royalty | J | W | | | | | |
| 264.  PROPERTY #37: | | | | | | | | | |
| 265.  -Inherited 1/3 int. in property in Wilkinson<br>County, MS - | | | | | | | | | |
| 266.  -2008 - $106,000 | E | Royalty | K | W | | | | | |
| 267.  PROPERTY #38: | | | | | | | | | |
| 268.  Exchanged Prop# 19 for property in<br>Wilkinson Co. MS (373 Acres) | | None | O | R | | | | | |
| 269.  PROPERTY #40 | | | | | | | | | |
| 270.  Stamps Land Co., LLC-1/3 of 46% int. in<br>2,437 acres in Wilkinson Co., | | | O | R | | | | | |
| 271.  OG&M #22: | | | | | | | | | |
| 272.  Producing Minerals in Wilkinson Co., MS<br>(HKTMS, LLC)-$36,000 | E | Royalty | K | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. OG&M #23: | | | | | | | | | |
| 274. SN Operating | C | Royalty | K | W | | | | | |
| 275. OG&M #24: | | | | | | | | | |
| 276. Sanchez | C | Royalty | K | W | | | | | |
| 277. OG&M #25 | | | | | | | | | |
| 278. Shell | D | Royalty | K | W | | | | | |
| 279. Propery #41: | | | | | | | | | |
| 280. 38.13 mineral acres; Wilkinson Co., MS; 12/20/18; Less than $25,000 | E | Royalty | L | W | | | | | |
| 281. | | | | | | | | | |
| 282. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BRAMLETTE, DAVID C.** | 11/12/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ DAVID C. BRAMLETTE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544